# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLO M. HOLMES, )<br>)<br>Defendant. ) | No. 4:08-CR-525 CAS |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Thomas C. Mummert, III. On January 29, 2009, Judge Mummert filed a Memorandum and Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motions to Suppress Evidence and Statements be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation and the time to do so has passed.

The Court has carefully and independently reviewed the record of this matter. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 25]

**IT IS FURTHER ORDERED** that defendant's Motions to Suppress Evidence and Statements are **DENIED**. [Doc. 18, 19]

**IT IS FURTHER ORDERED** that defendant's motion for extension of time to file pretrial motions is **DENIED as moot**. [Doc. 17]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  11th  day of February, 2009.